

**FILED**

03/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0139

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23-0139

REGINALD BALL,

Petitioner,

v.

BRIAN GOOTKIN, Director, and CARLEEN
GREEN, Contracts Manager, MONTANA
DEPARTMENT OF CORRECTIONS,

Respondents.

**FILED**

MAR 07 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Reginald Ball has filed a Petition for Writ of Mandamus, alleging that the Montana Department of Corrections (DOC), its Director, and its Contract Manager have not performed their lawful duties, pursuant to the Interstate Corrections Compact between the State of Montana and the State of Virginia. He includes a copy of the Agreement. Upon review, we deem it appropriate to require a response to Ball's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of mandate together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 8th day of March, 2023.

_____
Justice